**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Diana LOVERA, Defendant-Appellant.**

**No. 16-17448**
**Non-Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

(July 28, 2017)

Michelle B. Alvarez, Roger Cruz, Wifredo A. Ferrer, Emily M. Smachetti, U.S. Attorney's Office, Miami, FL, Kevin B. Hart, Rebecca D. Ryan, U.S. Department of Justice, Antitrust Division, Washington Criminal I Section, Washington, DC, for Plaintiff-Appellee

Sheryl Joyce Lowenthal, Law Offices of Sheryl Lowenthal, Miami, FL, for Defendant-Appellant

Before MARCUS, JILL PRYOR and FAY, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal waiver in Lovera's plea agreement is GRANTED. *See United States v. Bushert,* 997 F.2d 1343, 1350-51 (11th Cir. 1993) (sentence appeal waiver will be enforced if it was made knowingly and voluntarily); *United States v. Bascomb,* 451 F.3d 1292, 1297 (11th Cir. 2006) (appeal waiver "cannot be vitiated or altered by comments the court makes during sentencing"); *United States v. Grinard-Henry,* 399 F.3d 1294, 1296 (11th Cir. 2005) (waiver of the right to appeal includes waiver of the right to appeal difficult or debatable legal issues or even blatant error).